UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. SCHNEIDER | CIVIL ACTION NO. 2:22-cv-1625 |
| VERSUS | JUDGE |
| INSULATIONS, LLC a/k/a I&I | MAGISTRATE |
| | *Jury Trial Requested* |

## NOTICE OF REMOVAL

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**And Now,** through undersigned counsel, comes Defendant Insulations, LLC a/k/a I&I ("I&I"), who respectfully removes this matter as filed by Plaintiff Robert J. Schneider ("Schneider") from the Court of Common Pleas of Beaver County, State of Pennsylvania, pursuant to the Federal Rules of Civil Procedure, 28 U.S.C. § 1332(a)(1), and other applicable laws of the United States on the following basis:

## TIMELINESS OF REMOVAL

1. I&I is a named defendant in a class action lawsuit entitled "***Robert J. Schneider v. Insulations, LLC a/k/a I&I***," filed on September 29, 2022 in the Civil Division Court of the Common Pleas for Beaver County, State of Pennsylvania, bearing case no. 11235-2022.[1]

---

[1] *See* Exhibit 1 – the Schneider Complaint.

2. I&I was served with the complaint detailing the allegations in the class action lawsuit described in paragraph 1 above (the "Schneider Complaint") on October 17, 2022, via US Mail sent to I&I's registered agent.

3. I&I files this Notice of Removal to remove the instant lawsuit filed by Schneider within thirty (30) days of being served with the Schneider Complaint.

## DIVERSITY OF CITIZENSHIP

4. Schneider, is a person of the full age of majority and a resident of the State of Delaware.[2] Upon information and belief, Schneider was a resident of the State of Delaware at the time of the filing of the Schneider Complaint, as alleged in paragraph 1 of the same.

5. I&I, is a limited liability company with a principal place of business in Harahan, Louisiana.[3] I&I represents that any individual member with an ownership interest in Insulations, LLC is *not* a resident of the State of Delaware. The citizenship of an LLC is determined by the citizenship of each of its members, rather than the state where it has its principal place of business, or the state under whose laws it is organized. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079 (5th Cir. 2008). As such, for purposes of diversity jurisdiction, I&I is not a resident of the State of Delaware.

6. Thus, complete diversity exists between the parties in this case, as Schneider, the Plaintiff, and I&I, the Defendant, are residents of different states.

## AMOUNT IN CONTROVERSY

7. Per the Schneider Complaint, Schneider seeks to recover wages allegedly owed in connection with Schneider's work as an hourly employee from January 3, 2022 – April 29,

---

[2] Exhibit 1 – Schneider Complaint, ¶ 1.
[3] Exhibit 1 – Schneider Complaint, ¶ 2.

2022 on the Shell Polymers facility which is/was under construction in Monaca, PA (the "Project").[4]

8. Schneider brings his suit, seeking "all available relief" under the Pennsylvania Minimum Wage Act ("PMWA").[5]

9. Schneider further represents that he is bringing this action "on behalf of himself and all Hourly Employees during the past three years."[6]

10. Therefore, based upon all available information and belief, I&I represents to this Honorable Court that the amount in controversy in the above-entitled action exceeds the jurisdictional amount of $75,000.00 as set forth in 28 U.S.C. 1332, and incorporated into 28 U.S.C. 1441(a), which allows removed of state court suits to federal court.

11. I&I avers that Schneider's allegations make the requisite amount facially apparent and thus I&I has satisfied its burden of proving, by a preponderance of the evidence, that the amount in controversy is satisfied by simply pointing to the allegations of the Schneider Complaint.

12. Based on the above, this action is properly removable to this Honorable Court pursuant to the provisions of 28 U.S.C. 1441, *et seq*.

13. The venue of this removal is proper pursuant to the provisions of 28 U.S.C. 1441(a) and (c), inasmuch as the United States District Court for the Western District of Pennsylvania embraces the Court of Common Pleas for Beaver County, which is the location where this action was filed and has been pending.

14. A copy of all process, pleadings and orders served upon I&I in this action are attached to this Notice of Removal as Exhibit 1 in accordance with 28 U.S.C. 1446(a).

---

[4] *See generally*, Exhibit 1 – Schneider Complaint. I&I denies all allegations as asserted against it by Schneider.
[5] Exhibit 1, Introductory paragraph, p. 1.
[6] Exhibit 1 – Schneider Complaint, ¶ 12.

15. I&I will provide the Court with anything it requires under 28 U.S.C. 1446(a) and/or 28 U.S.C. 1447(b).

16. I&I reserves the right to amend or supplement this Notice of Removal.

17. I&I certifies that this Notice of Removal will promptly be filed with the Clerk of Court in the state court action and written notice shall be provided to Schneider in accordance with 28 U.S.C. §1446(d).

Respectfully Submitted:

**BURNS WHITE**

By:   *Mary-Jo Rebelo, Esq.*
Mary-Jo Rebelo, Esq. (PA Bar No. 53539)
Burns White Center
48 26th Street
Pittsburgh, Pennsylvania, 15222
(412) 995-3000 (telephone)
(412) 995-3300 (facsimile)
***Attorney for Defendant,
Insulations, LLC a/k/a I&I***

4878-7240-1727, v. 1